UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PONDEXTER BRYANT,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, *et al*,

    Defendants.

Case No. C05-5607RJB

ORDER DISMISSING COMPLAINT PURSUANT TO LOCAL RULE CR 41

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)      The Court adopts the Report and Recommendation;

(2)      Petitioner's petition is DISMISSED without prejudice;

(3)      The Clerk is directed to terminate this action pursuant to Local Rule CR 41; and

(4)      The Clerk is directed to send copies of this Order to petitioner and the Honorable Karen L. Strombom.

DATED this 21st day of February, 2006.

Robert J. Bryan
United States District Judge